| PROB 22 (Rev12/06) | | DOCKET NUMBER *(Tran. Court)* 3:03CR241 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Eugene Cooley | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Richmond |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Henry E. Hudson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/22/07 — TO 5/21/10 |

FILED February 19, 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

OFFENSE
Distribution of Cocaine Base

JUDGE COAR
MAGISTRATE JUDGE BROWN

08CR 0118

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Jan. 28, 2008
*Date*                                            *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB - 4 2008
*Effective Date*                                  *United States District Judge* (James F. Holderman)

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

**RECEIVED**

FEB 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK

Lewis F. Powell, Jr. U.S. Courthouse Building
1000 East Main Street
Suite 307
Richmond, Virginia 23219

Telephone:   Area Code 804

**FERNANDO GALINDO**
**CLERK OF COURT**

Administrative   916-2200
Jury-Financial   916-2212
Criminal         916-2230
Civil            916-2220

February 12, 2008

Clerk, United States District Court
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

**RE:  Our Case 3:03CR241   United States v. Eugene Cooley**
**Your Case 08CR0118**

Dear Clerk:

To effectuate the transfer of jurisdiction of probation, enclosed are certified copies of the form Probation 22 Transferring Jurisdiction, Indictment, Judgment In a Criminal Case, and Docket Sheet. Please acknowledge receipt of the second copy of the letter and return in the enclosed, stamped, self-addressed envelope.

Sincerely,

Lois Salmon
Deputy Clerk

cc: U.S. Attorney
    U. S. Probation
    U. S. Pretrial Services
    U. S. Marshal Service
    FLU Norfolk, VA
    Financial Section USDC Richmond
    File

ACKNOWLEDGMENT OF RECEIPT OF FILE:

Date:_____

Signed:_____

CLOSED

# U.S. District Court
# Eastern District of Virginia (Richmond)
# CRIMINAL DOCKET FOR CASE #: 3:03-cr-00241-HEH All Defendants
# Internal Use Only

Case title: USA v. Cooley
Magistrate judge case number: 3:03-mj-00211

Date Filed: 07/01/2003
Date Terminated: 10/24/2003

Assigned to: District Judge Henry E. Hudson

### Defendant

**Eugene Cooley** (1)
*TERMINATED: 10/24/2003*

represented by **Robert James Wagner**
Office of the Public Defender
830 East Main Street
Suite 1100
Richmond, VA 23219
(804) 343-0800
Email: robert_wagner@fd.org
*TERMINATED: 10/24/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender

### Pending Counts

21:841(a)(1) & 841(b)(1)(C)
Distribution of Controlled Substances
(Cocaine Base "Crack")
[21:841A=ND.F]
(1)

### Disposition

IMPRISONMENT 90 MONTHS;
SUPERVISED RELEASE 3 YEARS;
S/A $100 DUE IMMEDIATELY

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

### Complaints

Disposition

None

**Plaintiff**

USA      represented by **Matthew Childs Ackley**
US Attorney's Office
600 E Main St
18th Fl
Richmond, VA 23219
(804) 819-5400
Email: matthew.c.ackley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Trono**
Office of the U.S. Attorney
600 E Main St
Suite 1800
Richmond, VA 23219
(804) 819-5400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2003 | 1 | COMPLAINT as to Eugene Cooley [ 3:03-m -211 ] (lcha) (Entered: 05/15/2003) |
| 05/15/2003 |  | ARREST WARRANT issued as to Eugene Cooley [ 3:03-m -211 ] (lcha) (Entered: 05/15/2003) |
| 06/13/2003 |  | ARREST of Eugene Cooley [ 3:03-m -211 ] (lcha) (Entered: 06/13/2003) |
| 06/13/2003 | 2 | Minute entry as to Eugene Cooley : ( before Magistrate Judge David G. Lowe )( FTR) USA Appeared through: Robert Trono, AUSA, David Blessing, 3rd yr law student Dft(s) appeared through: Deft. w/o counsel. Court Hours: :05 Matter came on for initial appearance. Deft. advised of charges/penalties and rights. Deft. requested C/A counsel, executed affidavit, GRANTED. Govt's motion to detain deft. pending a detention hearing, GRANTED. Matter continued to 6/17/03 at 11:00 a.m. for detention/preliminary hearing. Deft. remanded to custody. [ 3:03-m -211 ] (lcha) (Entered: 06/13/2003) |
| 06/13/2003 |  | Initial appearance as to Eugene Cooley before Magistrate Judge David G. Lowe held; Preliminary Examination set for 11:00 6/17/03; Detention Hearing set for 11:00 6/17/03 (Defendant informed of rights.) [ 3:03-m -211 ] (lcha) (Entered: 06/13/2003) |
| 06/13/2003 | 3 | CJA 23 FINANCIAL AFFIDAVIT by Eugene Cooley [ 3:03-m -211 ] (lcha) (Entered: 06/13/2003) |

| | | |
|---|---|---|
| 06/13/2003 | 4 | ORDER OF TEMPORARY DETENTION as to Eugene Cooley ( Signed by Magistrate Judge David G. Lowe ) [ 3:03-m -211 ] (lcha) (Entered: 06/13/2003) |
| 06/13/2003 | 5 | ORDER as to Eugene Cooley, to appoint federal public defender Frank W. Dunham Jr. ( Signed by Magistrate Judge David G. Lowe ) Copies Mailed: yes [ 3:03-m -211 ] (lcha) (Entered: 06/13/2003) |
| 06/13/2003 | 6 | ARREST WARRANT Returned Executed as to Eugene Cooley on 6/12/03 [ 3:03-m -211 ] (walk) (Entered: 06/13/2003) |
| 06/16/2003 | 7 | NOTICE of Appearance for Eugene Cooley by Attorney Robert James Wagner [ 3:03-m -211 ] (lcha) (Entered: 06/16/2003) |
| 06/17/2003 | 8 | Minute entry as to Eugene Cooley : ( before Magistrate Judge David G. Lowe )( FTR) USA Appeared through: Robert Trono, AUSA, David Blessing, 3rd yr. law student. Dft(s) appeared through: Robert Wagner, FPD. Court Hours: :05 Matter came on for detention/preliminary hearing. Govt. adduced evidence, rested. Findings stated from the bench. Court found probable cause to believe deft. committed offense alleged in complaint. Deft. held w/o bond. Deft. remanded to custody. [ 3:03-m -211 ] (lcha) (Entered: 06/17/2003) |
| 06/17/2003 | | Detention hearing as to Eugene Cooley before Magistrate Judge David G. Lowe held () [ 3:03-m -211 ] (lcha) (Entered: 06/17/2003) |
| 06/17/2003 | | Preliminary Examination as to Eugene Cooley held () before Magistrate Judge David G. Lowe [ 3:03-m -211 ] (lcha) (Entered: 06/17/2003) |
| 06/17/2003 | 9 | ORDER OF DETENTION as to Eugene Cooley ( Signed by Magistrate Judge David G. Lowe ) [ 3:03-m -211 ] (lcha) (Entered: 06/17/2003) |
| 07/01/2003 | 10 | INDICTMENT as to Eugene Cooley (1) count(s) 1 (lsal) (Entered: 07/02/2003) |
| 07/02/2003 | | Arraignment as to Eugene Cooley before Judge Henry E. Hudson set for 8:45 A.M. on 7/11/03 (lsal) (Entered: 07/02/2003) |
| 07/11/2003 | 11 | Minute entry as to Eugene Cooley : ( before Judge Henry E. Hudson ) (Blalock, OCR.) USA Appeared through: Robert E. Trono, AUSA. Dft(s) appeared through: Robert J. Wagner, Esq. Court Hours: :15. Matter came on for arraignment/ guilty plea. Plea Agreement and Statement of Facts filed in open court. Statement of Facts used as summary. Dft entered plea of guilty as to Count 1 of the Indictment. Court accepted plea. JUDGMENT: Dft guilty as charged in Count 1. PSR ordered. SGO entered. Sentencing set for 10/24/03 at 9:30 a.m. Dft remanded to custody. (rpiz) (Entered: 07/11/2003) |
| 07/11/2003 | | Plea Agreement Hearing as to Eugene Cooley held before Judge Henry E. Hudson (rpiz) (Entered: 07/11/2003) |
| 07/11/2003 | | PLEA entered by Eugene Cooley. Court accepts plea by Eugene Cooley Guilty: Eugene Cooley (1) count 1 (rpiz) (Entered: 07/11/2003) |
| | | |

| | | |
|---|---|---|
| 07/11/2003 | 12 | Plea Agreement as to Eugene Cooley (rpiz) (Entered: 07/11/2003) |
| 07/11/2003 | 13 | STATEMENT OF FACTS as to Eugene Cooley (rpiz) (Entered: 07/11/2003) |
| 07/11/2003 | 14 | ORDER for sentencing guidelines as to Eugene Cooley (signed by Judge Henry E. Hudson) (rpiz) (Entered: 07/11/2003) |
| 07/11/2003 | | Sentencing before Judge Henry E. Hudson set for 9:30 10/24/03 for Eugene Cooley - Eugene Cooley (1) count 1 (rpiz) (Entered: 07/11/2003) |
| 10/14/2003 | 15 | POSITION with Respect to Sentencing Factors by USA as to Eugene Cooley; no objections (lsal) (Entered: 10/14/2003) |
| 10/21/2003 | 16 | MOTION by USA as to Eugene Cooley to grant additional one-level reduction in offense level (lsal) (Entered: 10/22/2003) |
| 10/24/2003 | 17 | Minute entry as to Eugene Cooley : ( before Judge Henry E. Hudson ) (Blalock, OCR). USA Appeared through: Robert E. Trono, AUSA. Dft appeared through: Robert J. Wagner, Esq. Court Hours: :05. Matter came on for sentencing on Count 1 of the Indictment. Factual correction made to PSR by defense counsel. Gov't, counsel, and dft heard. Dft sentenced to 90 MONTHS imprisonment; 3 YEARS supervised release; $100 S/A due immediately. Recommendation to BOP: dft to participate in 500-hour residential drug treatment program. Special conditions of supv. release: participate in substance abuse treatment, paying cost as directed by P.O.; pay any balance owed on S/A in monthly installments of not less than $50, to begin 60 days after release from custody until paid in full. Dft remanded to custody. (rpiz) (Entered: 10/24/2003) |
| 10/24/2003 | | Sentencing before Judge Henry E. Hudson held () Eugene Cooley (1) count 1 (rpiz) (Entered: 10/24/2003) |
| 10/24/2003 | 18 | JUDGMENT Eugene Cooley (1) count 1. IMPRISONMENT 90 MONTHS; SUPERVISED RELEASE 3 YEARS; S/A $100 DUE IMMEDIATELY (signed by Judge Henry E. Hudson) Copies Mailed: y (rpiz) (Entered: 10/24/2003) |
| 02/02/2004 | 19 | Judgment Returned Executed as to Eugene Cooley on 11/18/2003 (walk) (Entered: 02/02/2004) |
| 10/21/2004 | 20 | MOTION by USA as to Eugene Cooley SEALED MOTION (lsal) (Entered: 10/21/2004) |
| 12/02/2004 | 21 | SEALED ORDER as to Eugene Cooley granting [20-1] SEALED MOTION as to Eugene Cooley (1) ( Signed by Judge Henry E. Hudson ) Copies Mailed: yes (kste) (Entered: 12/02/2004) |
| 02/28/2005 | 22 | SEALED DOCUMENT by USA as to Eugene Cooley (kste) (Entered: 03/01/2005) |
| 03/03/2005 | 23 | SEALED ORDER as to Eugene Cooley (Signed by Judge Henry E. Hudson) Copies Mailed: yes (lsal) (Entered: 03/03/2005) |
| 07/20/2005 | 24 | STATUS REPORT *SEALED* by USA as to Eugene Cooley (kste, ) |

| | | |
|---|---|---|
| | | (Entered: 07/21/2005) |
| 07/26/2005 | 25 | SEALED ORDER as to Eugene Cooley . Signed by Judge Henry E. Hudson on 07/26/05. (kste, ) (Entered: 07/26/2005) |
| 10/13/2005 | 26 | SEALED MOTION by USA as to Eugene Cooley. (lsal) (Entered: 10/13/2005) |
| 10/26/2005 | 27 | SEALED RESPONSE to [26] SEALED MOTION by Eugene Cooley (kste, ) (Entered: 10/26/2005) |
| 12/02/2005 | 28 | *SEALED* Minute Entry for proceedings held before Judge Henry E. Hudson (Court Reporter Liscio, OCR): Motion Hearing as to Eugene Cooley held on 12/2/2005 re [26] SEALED motion by USA to reduce sentence. Gov't appeared through Matthew C. Ackley, SAUSA. Dft appeared through Robert J. Wagner, Esq. (dft not present). Argument heard. Findings given from the Bench. Dft's sentence reduced to 60 months imprisonment (offense level reduced to 18). Order to enter. (rpiz) (Entered: 12/02/2005) |
| 12/05/2005 | 29 | *SEALED* ORDER granting [26] Sealed Motion as to Eugene Cooley: the Court reduces the dft's total offense level from 23 to 19; it is hereby ordered that the dft's sentence on count 1 is reduced to 60 months; all other conditions and terms of the dft's sentence as previously ordered by this Court are continued; the Clerk is directed to file this Order under seal (signed by Judge Henry E. Hudson on 12/2/2005) (rpiz) (Entered: 12/05/2005) |
| 01/28/2008 | | PROB 22 Transfer of Jurisdiction form signed by the Honorable Henry E. Hudson and mailed to Northern District of Illinois with transfer letter as to Eugene Cooley (kyou, ) (Entered: 01/29/2008) |
| 02/12/2008 | | Transfer Jurisdiction to Northern District of Illinois; certified Probation 22 form, Indictment, Judgment, Payment History and Docket Sheet sent to Clerk of Court; (lsal) (Entered: 02/12/2008) |

AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Richmond Division

FILED OCT 24 2003
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA

v.    Case Number 3:03CR00241-001

**EUGENE COOLEY,**

Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant, EUGENE COOLEY, was represented by Robert J. Wagner.

The defendant pleaded guilty to count 1 of the Indictment. Accordingly, the defendant is adjudged guilty of the following count, involving the indicated offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 21:841(a)(1) and 21:841(b)(1)(C) | DISTRIBUTION OF COCAINE BASE (Felony) | 10/11/02 | One |

As pronounced on October 24, 2003, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this 24th day of October, 2003.

Henry E. Hudson
United States District Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

Judgment--Page 2 of 6

Defendant: EUGENE COOLEY
Case Number: 3:03CR00241-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of NINETY (90) MONTHS.

The Court makes the following recommendations to the Bureau of Prisons:
Defendant to participate in the 500-hour residential drug treatment program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

c: P.O. (2) (3)
   Mshl. (4) (2)
   U.S.Atty.                             _____
   U.S.Coll.                                  United States Marshal
   Dft. Cnsl.
   PTS              By                   _____
   Financial                                      Deputy Marshal
   Registrar
   ob

Judgment--Page 3 of 6

Defendant: EUGENE COOLEY
Case Number: 3:03CR00241-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

> The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
>
> While on supervised release, the defendant shall not commit another federal, state, or local crime.
>
> While on supervised release, the defendant shall not illegally possess a controlled substance.
>
> While on supervised release, the defendant shall not possess a firearm or destructive device.
>
> If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF SUPERVISED RELEASE

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below):
1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the Probation Officer within 72 hours, or earlier if so directed, of any change in residence.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment--Page 4 of 6

Defendant: EUGENE COOLEY
Case Number: 3:03CR00241-001

## SPECIAL CONDITIONS OF SUPERVISION

While on supervised release, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1) The defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.
2) The defendant shall pay any balance owed on the Special Assessment imposed by the Court. Payment shall be made in installments of not less than $50 per month, to begin 60 days after release from custody until paid in full.

Case 1:08-cr-00118 Document 2 Filed 02/19/2008 Page 12 of 18

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 5 nancial Penalties

Judgment--Page 5 of 6

Defendant: EUGENE COOLEY
Case Number: 3:03CR00241-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total monetary penalties in accordance with the schedule of payments set out below.

| Count | Special Assessment | Fine |
|---|---|---|
| 1 | $100.00 | |
| **Total** | **$100.00** | |

### FINE

No fines have been imposed in this case.

### SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The special assessment is due in full immediately. If not paid immediately, the court authorizes the deduction of appropriate sums from the defendant's account while in confinement in accordance with the applicable rules and regulations of the Bureau of Prisons.

Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

If this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.

All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

Case 1:08-cr-00118  Document 2  Filed 02/19/2008  Page 13 of 18

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet    estitution and Forfeiture

Judgment--Page 6 of 6

Defendant: EUGENE COOLEY
Case Number: 3:03CR00241-001

## RESTITUTION AND FORFEITURE

### RESTITUTION

Restitution has not been ordered in this case.

### FORFEITURE

Forfeiture has not been ordered in this case.

```
***************************************************************************************
RUN ON 02/12/08                      FEDERAL COURT SYSTEMS                      PAGE: 1
                                 Eastern District Of Virginia
                                    CASE INQUIRY REPORT
***************************************************************************************

CASE NO: 3:03-CR-00241      TITLE: USA VS EUGENE COOLEY
---------------------------------------------------------------------------------------

  DEFENDANT #          ORDERED AMOUNT     AMOUNT PAID      BALANCE DUE     ACCOUNT     PAYMENT TYPE

1 EUGENE COOLEY           100.00             100.00            0.00        504100      SPECIAL ASSESSMENT
                          -------            -------           -------
                          100.00             100.00            0.00

TRANSACTION  RECEIPT/   RECEIPT/  INCREASE/   TYPE OF   ACCOUNT   DEFENDANT      U.S.        COMMERCIAL     OTHER
             VOUCHER    VOUCHER   (DECREASE)  TRANS-    NUMBER    PAYEE/BANK     TREASURY    BANKS
             NUMBER     DATE      CASE BAL    ACTION              NUMBER

RECEIVED   50000683201  04/09/04   25.00      CK        504100    1                                         25.00
RECEIVED   50000747901  07/12/04   25.00      CK        504100    1                                         25.00
RECEIVED   50000844401  10/11/04   25.00      CK        504100    1                                         25.00
RECEIVED   50000971901  01/10/05   25.00      CK        504100    1                                         25.00

********** CASE SUMMARY **********

TOTAL CASE BALANCE:                              100.00

BALANCE IN U.S. TREASURY:                                                                        0.00
CASE DEPOSITORY MAINT. BALANCE :                                                                 0.00

BALANCE IN COMMERCIAL BANKS:                                                                                 0.00
CASE DEPOSITORY MAINT. BALANCE :                                                                             0.00

DEPOSITS TO RECEIPT ACCOUNTS:                                                                                            100.00


TYPE OF TRANSACTION:
AD: ADJUSTMENT-388800       AJ: ADJUSTMENT          BV: BANK VOUCHER      CH: CASH
BD: DIRECT BANK DEPOSIT     BT: BANK TRANSFER       CC: CREDIT CARD       CR: CASE REFUND
CK: CHECK                   CL: COLLATERAL          CN: CONVERSION        FF: FORFEITURE
CV: CASE VOUCHER            DW: DIRECT WITHDRAWL    DV: DEBIT VOUCHER     VD: VOID
I : INTEREST                MO: MONEY ORDER         TR: TRANSFER
```

FILED
DEC -5 2005
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:03CR241-HEH |
| ) | |
| EUGENE COOLEY, ) | UNDER SEAL |
| ) | |
| Defendant. ) | |

### ORDER
(Granting Government's Motion to Reduce Sentence)

THIS MATTER is before the Court on the Government's Sealed Motion for a Reduction of Sentence pursuant to Federal Rule of Criminal Procedure 35(b). The Government requested that Defendant's sentence be reduced by twenty-five percent (25%). Defendant filed a response requesting this Court reduce his sentence by fifty percent (50%). On December 2, 2005, the Court heard oral argument on this matter. Pursuant to Federal Rule of Criminal Procedure 43(b)(4), the defendant waived his right to be present at such hearing.

IT APPEARING that the defendant, Eugene Cooley, has provided substantial assistance to the Government, it is HEREBY ORDERED that the Government's motion is GRANTED. Therefore, the Court reduces the Defendant's Total Offense Level from twenty-three (23) to nineteen (19). IT FURTHER APPEARING that the defendant falls into Criminal History Category V, his adjusted penalty range on Count One is reduced to fifty-seven (57) to seventy-one (71) months. Within that penalty range, it is HEREBY ORDERED that the defendant's sentence on Count One is reduced to sixty (60) months. Therefore, it is HEREBY ORDERED that the defendant IS COMMITTED to the Bureau of Prisons for a term of sixty (60) months of

1

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

incarceration.

All of the other conditions and terms of the defendant's sentence, as previously ordered by this Court, are CONTINUED.

The Clerk is directed to file this Order UNDER SEAL.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record, to the United States Marshal Service, and to the United States Probation Office. The United States Marshal Service is directed to forward a copy of this Order to the appropriate Bureau of Prisons Facility.

/s/
United States District Judge

Date: Dec 2, 2005
Richmond, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:03CR **241** |
| | ) |
| | ) 21 U.S.C. §841 |
| | ) Distribution of Controlled Substances |
| EUGENE COOLEY | ) |

## INDICTMENT

JULY 2003 TERM - At Richmond

THE GRAND JURY CHARGES that on or about October 11, 2002, in the Eastern District of Virginia and within the jurisdiction of this Court, EUGENE COOLEY did knowingly, intentionally, and unlawfully distribute a mixture and substance containing detectable amounts of cocaine base, commonly known as "crack," a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)).


A TRUE BILL

_____
FOREPERSON

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

PAUL J. McNULTY
UNITED STATES ATTORNEY

By: _____/s/ Robert E. Trono_____
Robert E. Trono
Assistant United States Attorney